UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA WEEKS, )<br>)<br>Defendant. ) | Case No. 4:09CR00026 ERW |

### **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion for Bond and Appeal of Order of Detention [doc. #27]. Since the matter was before Judge Adelman, additional information has become available and was considered by this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Pretrial Services is ordered to investigate to determine if CenterPointe Hospital, 5931 Highway 94 South, St. Charles, Missouri 63304, is available to accept Mr. Weeks as a patient.

**IT IS FURTHER ORDERED** that the Defendant shall execute an unsecured appearance bond in the amount of $10,000.00, with 10% posted with the Clerk of Court.

**IT IS FURTHER ORDERED** that the Public Defenders' Office shall transport Defendant, upon release on bond, to CenterPointe Hospital, from the United States Marshals Service at the Thomas F. Eagleton Courthouse, after his bond conditions are approved by the Magistrate on duty.

**IT IS FURTHER ORDERED** that prior to release from the custody of CenterPointe Hospital, the Court shall be notified. Upon release, Defendant must surrender himself to the United States Marshals Service at the Thomas F. Eagleton Courthouse, 111 S. Tenth Street, St. Louis, Missouri 63102, immediately.

This is in addition to all other conditions of bond.

Dated this 8th Day of May, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE